JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY ANN FOSTER,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL M. NAKASONE, et al.,<br><br>        Defendants. | CASE NO. 2:21-cv-7106-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that the complaint is dismissed without leave to amend and this action is dismissed with prejudice.

DATED: September 13, 2021

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE